**Cornelius WILLIAMS, Jr.,
Plaintiff/Appellant,**

v.

**ST. LOUIS REGIONAL MEDICAL
CENTER, Defendant/Respondent.**

No. 66074.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 5, 1995.

Cornelius Williams, Jr., Jefferson City, pro se.

Michael E. Hughes, Associate City Counselor, Tyrone A. Taborn, Michael Garvin, St. Louis, for respondent.

court believed it. *Dempster,* 809 S.W.2d at 456; *McComas,* 641 S.W.2d at 812[5].

Before CRANE, C.J., SIMON, J. and WILLIAM E. TURNAGE, Sr. J.

## ORDER

PER CURIAM.

Plaintiff appeals from the dismissal of his medical malpractice suit. We affirm.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).